UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.: 1:22-cv-01326-SEG

| | |
|---|---|
| MARCO VERCH,<br><br>  Plaintiff,<br><br>v.<br><br>ABSOLUTE BEST AIR INC. and DAVID GRAHAM LONGINO,<br><br>  Defendants.<br><br>ABSOLUTE BEST AIR INC. and DAVID GRAHAM LONGINO,<br><br>  Third-Party Plaintiffs,<br><br>v.<br><br>NET MARKETING PLANS, INC.<br><br>  Third-Party Defendant. | |

## CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

Pursuant to N.D. Ga. L.R. 26.3 and Fed. R Civ. P. 5, the undersigned hereby certifies that Plaintiff's initial Rule 26 Disclosures was this date served upon all parties of record by electronic mail to:

**SRIPLAW**

California ◆ Georgia ◆ Florida ◆ Tennessee ◆ New York

Mr. Adam C. Joffe
Mr. Paul Joseph Spann
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326
ajoffe@gm-llp.com
pspann@gm-llp.com
Attorneys for Absolute Best Air Inc. and David Graham Longino

Mr. Kevin A. Wangerin
Bullard Wangerin & Corbett, LLP
P.O. Box 18107
Macon, GA 31209
wangerink@aol.com
Attorney for Net Marketing Plans, Inc.

Dated:  September 30, 2022			Respectfully submitted,


			/s/ Evan A. Andersen
			EVAN A. ANDERSEN
			Georgia Bar Number: 377422
			Evan.andersen@sriplaw.com

			**SRIPLAW, P.A.**
			3372 Peachtree Road
			Suite 115
			Atlanta, GA 30326
			404.496.6606 – Telephone
			561.404.4353 – Facsimile

			and

			JOEL B. ROTHMAN
			Georgia Bar Number: 979716
			joel.rothman@sriplaw.com

			**SRIPLAW, P.A.**
2
**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

21310 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on September 30, 2022, a true and correct copy of the foregoing document was sent via electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/ Evan A. Andersen*
EVAN A. ANDERSEN

## SERVICE LIST

| | |
|---|---|
| Mr. Adam C. Joffe | Mr. Kevin A. Wangerin |
| Mr. Paul Joseph Spann | Bullard Wangerin & Corbett, LLP |
| Goodman McGuffey LLP | P.O. Box 18107 |
| 3340 Peachtree Road NE | Macon, GA 31209 |
| Suite 2100 | wangerink@aol.com |
| Atlanta, GA 30326 | Attorney for Net Marketing Plans, Inc. |
| ajoffe@gm-llp.com | |
| pspann@gm-llp.com | |
| Attorneys for Absolute Best Air Inc. and David Graham Longino | |