UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Marco Verch,<br><br>    Plaintiff,<br><br>v.<br><br>Absolute Best Air Inc. and David Graham Longino,<br><br>    Defendants.<br><br>Absolute Best Air Inc. and David Graham Longino,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>Net Marketing Plans, Inc.<br><br>    Third-Party Defendant. | Civil Action<br>File No.:    1:22-cv-01326-SEG |

### CERTIFICATE OF DISCOVERY FILING PURSUANT TO RULE 5.4

This is to certify that pursuant to Local Rule 5.4 of the United States District Court for the District of Georgia, Division, that a true and correct copy of:

1. **Defendant Absolute Best Air, Inc.'s First Continuing Interrogatories to Plaintiff; and**

2. **Defendant Absolute Best Air, Inc.'s First Request for Production of Documents to Plaintiff.**

was served upon the following:

|  |  |
|---|---|
| Evan A. Andersen, Esq. | Kevin A. Wangerin, Esq. |
| Joel B. Rothman, Esq. | Bullard, Garcia & Wangerin |
| Sriplaw, P.A. | P.O. Box 18107 |
| 21301 Powerline Road, Suite 100 | Macon, GA 31209 |
| Boca Raton, FL 33433 | wangerink@aol.com |
| Evan.andersen@sriplaw.com | *Co-Counsel for Defendants* |
| joel.rothman@sriplaw.com | *Absolute Best Air Inc. and* |
| *Counsel for Plaintiff* | *David Graham Longino* |

This 13th day of October, 2022.

　　　　　　　　　　　__/s/ Paul J. Spann_____
　　　　　　　　　　PAUL J. SPANN
　　　　　　　　　　GA State Bar No.  153214
　　　　　　　　　　PSpann@GM-LLP.com
　　　　　　　　　　Goodman McGuffey LLP
　　　　　　　　　　3340 Peachtree Road NE, Suite 2100
　　　　　　　　　　Atlanta, GA 30326-1084
　　　　　　　　　　(404) 264-1500 Phone
　　　　　　　　　　(404) 264-1737 Fax